**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 13-2266**

―――――――――

MICHAEL P.L. GREGG-WILSON,

 Plaintiff - Appellant,

 v.

EFC TRADE INC.; DUNCAN M. ANDERSON; JAMES HERBST; JENNIFER
YARNELL; ABRAHAM J. TURNER; ROMI Y. ROBINSON; LELAND M.
CAULDER, JR.,

 Defendants - Appellees,

 and

SOUTH CAROLINA DEPARTMENT OF EMPLOYMENT AND WORKFORCE,

 Defendant.

―――――――――

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Terry L. Wooten, Chief District
Judge.  (3:12-cv-02923-TLW)

―――――――――

Submitted:  February 21, 2014      Decided:  February 28, 2014

―――――――――

Before KEENAN and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Michael P.L. Gregg-Wilson, Appellant Pro Se.  John Stanley Lord,
Jr., FOLEY & LARDNER LLP, Orlando, Florida; David Thomas Duff,

DUFF, WHITE & TURNER, LLC, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael P.L. Gregg-Wilson appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil complaint. We have reviewed the record and Gregg-Wilson's informal brief on appeal, and we conclude that this appeal is frivolous. See Neitzke v. Williams, 490 U.S. 319, 325, 327 (1989); Gregg-Wilson v. EFC Trade Inc., No. 3:12-cv-02923-TLW (D.S.C. filed Sept. 13, 2013; entered Sept. 16, 2013). Accordingly, we dismiss the appeal. See 28 U.S.C. § 1915(e)(2)(B) (2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED